UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Gold's Gym Licensing, LLC,
a Delaware limited liability company,

        Plaintiff,

vs.                               ORDER ADOPTING
                                    REPORT AND RECOMMENDATION

K-Pro Marketing Group, Inc.,
a Minnesota corporation,

        Defendant.          Civ. No. 09-1211 (PJS/RLE)

* * * * * * * * * * * * * * * * * *

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

      That the Motion of the Law Firm to Withdraw from the Defendant's representation [Docket No. 15] is GRANTED.

DATED: 10/26/09                                   s/Patrick J. Schiltz
At St. Paul, Minnesota                     Patrick J. Schiltz
                                                  United States District Judge