UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Gold's Gym Licensing, LLC,
a Delaware limited liability company,

                Plaintiff,

vs.                               ORDER ADOPTING
                                     REPORT AND RECOMMENDATION

K-Pro Marketing Group, Inc.,
a Minnesota corporation,

                Defendant.              Civ. No. 09-1211 (PJS/RLE)

* * * * * * * * * * * * * * * * *

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

      That the Clerk of Court is directed to strike the Answer of the Defendant [Docket No. 10], and enter a Default against the Defendant, for its failure of prosecution, and as a sanction for its willful disobedience to the directives of this Court.


DATED: 01/25/10                                 s/Patrick J. Schiltz
At St. Paul, Minnesota                     Patrick J. Schiltz
                                                United States District Judge